UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALEXANDER WORLEY,

                Petitioner,                Case No. 2:22-cv-10346
                                                           Hon. Nancy G. Edmunds

v.

RANDEE REWERTS,

                Respondent.
_____/

**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AND GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME [ECF Nos. 16 and 17]**

In this section 2254 habeas case, Petitioner requests appointment of counsel and an extension of time to file a reply to Respondent's responsive pleading.

A habeas petitioner may obtain representation at any stage of the case "[w]henever the United States magistrate judge or the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). The Court has not yet conducted plenary review of the case. The Court will reconsider this request on its own motion when it reviews the pleadings and state court record. The motion for appointment of counsel is **DENIED WITHOUT PREJUDICE.**

Federal Rule of Civil Procedure 6(b)(1)(A) authorizes the court to extend any time period specified in its orders for good cause. For the reasons stated in Petitioner's motion, his motion is **GRANTED**. Petitioner's reply brief is due within 30 days of the date of this order.

        **SO ORDERED**.

Dated: May 25, 2023

<u>s/Nancy G. Edmunds</u>
Hon. Nancy G. Edmunds
United States District Court
