UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALEXANDER WORLEY,

            Petitioner,            Case No. 2:22-cv-10346
                                                Hon. Nancy G. Edmunds

v.

RANDEE REWERTS,

            Respondent.
_____/

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

Dated at Detroit, Michigan, this 23rd, day of October, 2023.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT APPROVED:
                                                BY: s/ L. Bartlett_____
                                                DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court